UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
AUGUSTIN AGUAYO               )
          Petitioner,         )
                              )
     v.                       )     Civil No. 05-1580 (EGS)
                              )
DR. FRANCIS J. HARVEY,        )
Secretary of the Army,        )
          Respondent          )
_____)
```

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE**

It is this fifteenth day of August, 2005,

**ORDERED** that the respondent, by counsel, shall, within twenty (20) days of service of a copy of this Order and the Petition herein, file with the Court and serve on petitioner a statement showing why the Writ of Habeas Corpus should not issue.

The Clerk of the Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the respondent.

**Signed:**     **Emmet G. Sullivan**
**United States District Judge**
**August 15, 2005**