UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGUSTÍN AGUAYO

               Petitioner,

v.                                                                  Civil Action No.  05-1580 (EGS)

DR. FRANCIS J. HARVEY
Secretary of the Army

               Respondent.

## MOTION FOR ADMISSION OF JAMES H. FELDMAN, JR., *Pro Hac Vice*

Pursuant to Local Rule 83.2(d), James R. Klimaski, Bar no. 243543, respectfully moves this Court to admit James H. Feldman, Jr., of Ardmore, Pennsylvania, in this matter *pro hac vice*.

A Declaration certifying his eligibility to participate as a non-member of this Court's bar, along with a proposed Order, accompany this motion.

August 17, 2005                                            Respectfully submitted,


                                                / s /
                                  James R. Klimaski (Bar No. 243543)
                                  KLIMASKI & ASSOCIATES, P.C.
                                  1819 L Street NW
                                  Suite 700
                                  Washington, DC  20036-3830
                                  (202) 296-5600

                                  Counsel to Petitioner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AGUSTÍN AGUAYO**

        **Petitioner,**

v.                                      Civil Action No.  05-1580 (EGS)

**DR. FRANCIS J. HARVEY**
**Secretary of the Army**

        **Respondent.**

**ORDER**

Upon consideration of the Petitioner's Motion for the admission of James H. Feldman, Jr., *pro hac vice,* it is this _____ day of _____, 2005, by the United States District Court for the District of Columbia,

**ORDERED** that the Motion for the admission of James H. Feldman, Jr., *pro hac vice* is **GRANTED**.

In furtherance of this, the Clerk will also please add his email address for the Petitioner in this matter's electronic case management and electronic filing and notification system.

_____                               _____
Date                                                                    Emmet G. Sullivan
                                                                           United States District Judge