UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

AGUSTÍN AGUAYO,           :

            Petitioner,    :    CIVIL ACTION NO.

v.                            :    05-1580 (EGS)

FRANCIS J. HARVEY,            :
Secretary of the Army,
                         :
            Respondent.
                         :

<u>DECLARATION OF JAMES H. FELDMAN, JR.</u>

Pursuant to 28 U.S.C. § 1746, James H. Feldman, Jr., declares, under penalty of perjury, that:

1. My full name is James Harold Feldman, Jr.

2. My office address and telephone number is as follows:

   Law Office of Peter Goldberger
   50 Rittenhouse Place
   Ardmore, PA  19003

   (610) 649-8200

3. I have been admitted to the bars of the following courts:

   Supreme Court of the United States (11/1/1993)
   United States Tax Court (11/12/1991)
   Supreme Court of Ohio (11/19/1976)
   Supreme Court of Pennsylvania (7/23/82)
   The United States Courts of Appeals for the following Circuits:
       First (8/10/2004), Second (10/7/04), Third (9/25/1990),
       Fourth (1/9/1984), Fifth (3/22/1991), Sixth (1/30/1980),
       Seventh (11/1/1999), Eighth (1/8/1996), Ninth (6/2/1993),
       and Eleventh (8/15/88)
   The United States District Courts for the:
       Eastern District of Pennsylvania (10/18/1989), Middle
       District of Pennsylvania (9/28/2000), Southern District of
       Ohio (12/21/1976), Eastern District of Kentucky

(6/3/1978), and the Western District of Michigan (12/14/2004).

4. I certify that I have not been disciplined by any bar.

5. I have never previously been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia Bar, and have no pending application for membership in that Bar.

7. I declare under penalty of perjury that the foregoing is true and correct.

_____
James H. Feldman, Jr.

Dated: August 1, 2005
At: Ardmore, Pennsylvania