UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUSTINE AGUAYO, | ) |
| Petintioner, | ) |
| v. | ) No. 05-1580 (EGS) |
| DR. FRANCIS J. HARVEY,<br>Secretary of the Army | ) |
| Respondent. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for Respondent in the above-captioned case.

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 29th day of August, 2005, that a copy of the foregoing was served by First-Class mail; postage prepaid to:

James H. Feldman, Jr
LAW OFFICE OF PETER GOLDBERGER
50 Rittenhouse Place
Ardmore, PA 19003

                                      _____/s/_____
                                      KEVIN K. ROBITAILLE
                                      Special Assistant U.S. Attorney
                                      Civil Division
                                      555 Fourth St., N.W.
                                      Washington, D.C.  20530
                                      202-353-9895  / FAX 202-514-8780