```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

|   |   |
|---|---|
| Juelithia G. Zellers, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-1670(RBW) |
| | ) |
| v. | ) |
| | ) |
| Ms. Terrie Warren, | ) |
| | ) |
| Defendant. | ) |

## Motion to Vacate Court Order
## Due to Lack of Jurisdiction

The United States of America, on behalf of defendant Terrie Warren, respectfully requests that this Court vacate the order of the Superior Court of District of Columbia entered on August 23rd 2005.

On August 22, 2005, the defendant in this action filed with the Clerk of the United States District Court for the District of Columbia the notice of removal and substitution of the United States as defendant in the above captioned civil action. See Pacer Docket Sheet Attachment 1. Also on August 22, 2005 filed with the Clerk of Court for the Superior Court of the District of Columbia a notice of filing of the notice of removal. Attached is a copy of the Notice of Filing of Removal stamped by the Civil Clerks Office of the Superior Court of the District of Columbia as received on August 22, 2005. Attachment 2. On August 23rd, 2005 the Superior Court for the District of Columbia issued an

order granting Plaintiff's request for a Temporary Restraining Order.

Once a case is removed to Federal Court, a State Court has no jurisdiction to proceed.  *See* Burroughs v. Palumbo, 871 F. Supp. 870 (E. D. Va. 1994).  State court actions after Removal are void.  *See* Allstate Insurance Co. v. Superior Court, 132 Cal. App. 3d 670, 675 (Cal. Ct. App. 1982).  On August 26, 2005, defendant attempted to file a motion to vacate the August 23rd order with the Superior Court for the District of Columbia, however, the Superior Court Civil Clerk's office refused to accept the motion because the case had been removed to the Federal District Court.

Pursuant to Local Civil Rule 7(m), undersigned counsel attempted to contact plaintiff to obtain her position on the relief sought in this motion but has been unable to reach her.

Wherefore the United States of America, respectfully requests the Court to vacate the order of the Superior Court.

                    Respectfully submitted,


                    _____
                    KENNETH L. WAINSTEIN, DC Bar #451058
                    United States Attorney


                    _____
                    R. CRAIG LAWRENCE, DC Bar #171538
                    Assistant United States Attorney

```
                                    KEVIN K. ROBITAILLE
                                    Special Assistant U.S. Attorney
                                    555 4th Street, NW
                                    Washington, D.C. 20530
                                    (202) 353-9895
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Juelithia G. Zellers, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-1670(RBW) |
| | ) |
| v. | ) |
| | ) |
| Ms. Terrie Warren, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendants' Motion to Vacate the Superior Court order issued August 23rd 2005 and the entire record of this case, it is hereby

ORDERED that Defendants' Motion to Vacate the Superior Court Order is GRANTED.

Dated this _____ day of _____, 2005.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
Juelithia G. Zellers,
1708 Dennis Court
Forestville, Maryland 20747

```
Kevin K. Robitaille
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
```

**Certificate of Service**

I certify I caused a copy of the foregoing Motion to Vacate to be served by first class mail upon *pro se* plaintiffs at:

    Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

on this 29th day of August 2005.

    KEVIN K. ROBITAILLE
    Special Assistant U.S. Attorney
    555 4th Street, NW
    Washington, D.C. 20530
    (202) 353-9895