**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
Juelithia G. Zellers,                   )
                                        )
            Plaintiff,                  )  Civil Action No. 05-1670(RBW)
                                        )
      v.                                )
                                        )
Ms. Terrie Warren,                      )
                                        )
            Defendant.                  )
                                        )
_____

**Motion to Vacate Court Order**
**Due to Lack of Jurisdiction**

     The United States of America, on behalf of defendant Terrie
Warren, respectfully requests that this Court vacate the order of
the Superior Court of District of Columbia entered on August 23rd
2005.

     On August 22, 2005, the defendant in this action filed with
the Clerk of the United States District Court for the District of
Columbia the notice of removal and substitution of the United
States as defendant in the above captioned civil action.  See
Pacer Docket Sheet Attachment 1.  Also on August 22, 2005 filed
with the Clerk of Court for the Superior Court of the District of
Columbia a notice of filing of the notice of removal.  Attached
is a copy of the Notice of Filing of Removal stamped by the Civil
Clerks Office of the Superior Court of the District of Columbia
as received on August 22, 2005.  Attachment 2. On August 23rd,
2005 the Superior Court for the District of Columbia issued an

order granting Plaintiff's request for a Temporary Restraining
Order.

Once a case is removed to Federal Court, a State Court has
no jurisdiction to proceed.  *See* Burroughs v. Palumbo, 871 F.
Supp. 870 (E. D. Va. 1994).  State court actions after Removal
are void.  *See* Allstate Insurance Co. v. Superior Court, 132 Cal.
App. 3d 670, 675 (Cal. Ct. App. 1982).  On August 26, 2005,
defendant attempted to file a motion to vacate the August 23rd
order with the Superior Court for the District of Columbia,
however, the Superior Court Civil Clerk's office refused to
accept the motion because the case had been removed to the
Federal District Court.

Pursuant to Local Civil Rule 7(m), undersigned counsel
attempted to contact plaintiff to obtain her position on the
relief sought in this motion but has been unable to reach her.

Wherefore the United States of America, respectfully
requests the Court to vacate the order of the Superior Court.


Respectfully submitted,


_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| Juelithia G. Zellers, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1670(RBW) |
| | ) | |
| v. | ) | |
| | ) | |
| Ms. Terrie Warren, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

**ORDER**

Upon consideration of Defendants' Motion to Vacate the

Superior Court order issued August 23rd 2005 and the entire

record of this case, it is hereby

ORDERED that Defendants' Motion to Vacate the Superior Court

Order is GRANTED.

Dated this _____ day of _____,

2005.

 

 

_____
REGGIE B. WALTON
United States District Judge

 

 

Copies to:
Juelithia G. Zellers,
1708 Dennis Court
Forestville, Maryland 20747

Kevin K. Robitaille
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530

## Certificate of Service

I certify I caused a copy of the foregoing Motion to Vacate to be served by first class mail upon *pro se* plaintiffs at:

    Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

on this 29th day of August 2005.


                                      KEVIN K. ROBITAILLE
                                      Special Assistant U.S. Attorney
                                      555 4th Street, NW
                                      Washington, D.C. 20530
                                        (202) 353-9895