PROSE-NP, TYPE-B

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01670-RBW

| | |
|---|---|
| ZELLERS v. WARREN<br>Assigned to: Judge Reggie B. Walton<br>Case in other court: Superior Court for DC, 05-0005636<br>Cause: 28:1446 Petition for Removal | Date Filed: 08/22/2005<br>Jury Demand: None<br>Nature of Suit: 330 Federal Employer's Liability<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| **JUELITHIA G. ZELLERS** | represented by | **JUELITHIA G. ZELLERS**<br>1708 Dennis Court<br>Forrestville, MD 20747<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| **TERRIE WARREN** | represented by | **Kevin K. Robitaille**<br>U.S. ATTORNEY'S OFFICE<br>555 Fourth Street, NW<br>Washington, DC 20044<br>(202) 353-9895<br>Email: kevin.robitaille2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2005 | 1 | NOTICE OF REMOVAL by TERRIE WARREN from Suprior Court for DC, case number 05-0005636. ( Filing fee $ 250 )filed by TERRIE WARREN. (Attachments: # 1 Exhibit # 2 Certificate of Service)(td, ) (Entered: 08/23/2005) |
| 08/23/2005 | 2 | First MOTION for Extension of Time to File Answer by TERRIE WARREN. (Robitaille, Kevin) (Entered: 08/23/2005) |
| 08/24/2005 | | MINUTE ORDER granting 2 Motion for Extension of Time to Answer. The defendant shall file an answer or otherwise respond to the plaintiff's complaint by 9/29/2005. Signed by Judge Reggie B. Walton on 8/24/05. (lcrbw1, ) (Entered: 08/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/29/2005 10:21:36 | | | |
| **PACER Login:** | us6716 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01670-RBW |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |