SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Juelithia G. Zellers,       )
1708 Dennis Court           )
Forestville, Maryland 20747 )
                            )
        Plaintiff,          ) Civil Action No. 05000536
                            )
    v.                      )
                            )
Ms. Terrie Warren,          )
11th Civil Engineer Square  )
Deputy Base Civil Engineer  )
370 Brookley Avenue         )
Bolling, AFB, 20032         )
                            )
        Defendant.          )

RECEIVED
CIVIL CLERK'S OFFICE
AUG 2 2 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

## NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

TO: Juelithia G. Zellers,
    1708 Dennis Court
    Forestville, Maryland 20747

    Plaintiff pro se

    PLEASE TAKE NOTE that on August 22, 2005, the Federal Defendant in this action filed with the Clerk of the United States District Court for the District of Columbia a notice of removal in the above captioned civil action. The Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. § 1446(d).