**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AGUSTÍN AGUAYO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 05-1580 (EGS) |
| | ) |
| DR. FRANCIS J. HARVEY, | ) |
| Secretary of the Army, | ) |
| | ) |
| Respondent. | ) |

**JOINT MOTION TO STAY**
**AND MEMORANDUM IN SUPPORT THEREOF**

For the reasons set forth in detail below, the parties jointly request that this Court stay this case until November 15, 2005. The Army has withdrawn the final agency decision denying Petitioner's application for discharge as a conscientious objector. Petitioner's application, together with his rebuttal, will be resubmitted to the Army Conscientious Objector Review Board (hereinafter "the Board") for a *de novo* review. The Board believes it can reach a decision by November 15, 2005. Accordingly, the parties jointly request the Court stay this case until November 15, 2005. In support of this motion, the parties state the following:

1. Petitioner Specialist Agustín Aguayo, filed this petition for a Writ of Habeas Corpus on August 5, 2005, alleging that the Army improperly denied his application for discharge as a conscientious objector.

2. After reviewing the Petition, the Board agreed to reconsider petitioner's application because it did not have the petitioner's rebuttal when it denied petitioner's application.

3. Following notice to plaintiff of the Army's decision, the parties discussed the impact of the reconsideration on this action and agreed that this action should be stayed until November 15, 2005.

4. Staying this case will preserve judicial resources and is in the interest of judicial economy, because the reconsideration may resolve this matter without further judicial involvement. If the reconsideration does not resolve the issue, however, plaintiff may file an amended complaint relating to whatever the agency decides on reconsideration or take other appropriate action.

5. The stay will not prejudice any party to this action; respondent has committed to petitioner that petitioner will for the duration of the stay remain in Germany and be assigned duties in accordance with Army Regulation 600-43, ¶ 2-10.a., which states "persons who have submitted applications will be retained in their unit and assigned duties providing minimum practicable conflict with their asserted beliefs, pending a final decision on their applications."

6. For these reasons, the parties jointly request that the Court stay this case until November 15, 2005, at which time plaintiff will either file an amended complaint or a notice of dismissal.

August 29, 2005                    Respectfully submitted,

_____                    _____
James H. Feldman, Jr.                              KENNETH L. WAINSTEIN,
Peter Goldberger                                   D.C. Bar # 451058
LAW OFFICE OF PETER GOLDBERGER                     United States Attorney
50 Rittenhouse Place
Ardmore, PA 19003                                  _____
(610) 649-8200                                     R. CRAIG LAWRENCE,
(610) 649-8362 (facsimile)                         D.C. Bar # 171538
                                                   Assistant United States Attorney

_____                    _____
James R. Klimaski                                  KEVIN K. ROBITAILLE
KLIMASKI & ASSOCIATES, PC                          Special Assistant United States Att'y
1819 L Street NW                                   United States Attorney's Office
Suite 700                                          555 4th Street, N.W.,
Washington, DC 20036-3830                          Washington, D.C. 20530
(202) 296-5600                                     (202) 353-9895
Fax: (202) 296-5601                                (202) 514-8780 facsimile

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUSTÍN AGUAYO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 05-1580 (EGS) |
| ) | |
| DR. FRANCIS J. HARVEY, ) | |
| Secretary of the Army ) | |
| ) | |
| Respondent. ) | |

## ORDER

Upon consideration of the Joint Motion to Stay and the Court having considered the entire record herein, it is, this \_\_\_\_ day of _____, 2005, hereby,

ORDERED, that the joint motion is hereby, GRANTED, and it is further,

ORDERED, that the case will be stayed until November 15, 2005.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies to:

James H. Feldman, Jr.
LAW OFFICE OF PETER GOLDBERGER
50 Rittenhouse Place
Ardmore, PA 19003
(610) 649-8200
(610) 649-8362 facsimile

1

James R. Klimaski
KLIMASKI & ASSOCIATES, PC
1819 L Street NW
Suite 700
Washington, DC 20036-3830
(202) 296-5600
Fax: (202) 296-5601

Kevin K. Robitaille.,
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 353-9895
(202) 514-8780 facsimile