UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AGUSTÍN AGUAYO

        Petitioner,

v.                                       Civil Action No.  05-1580 (EGS)

DR. FRANCIS J. HARVEY
Secretary of the Army

        Respondent.

**PETITIONER'S MOTION TO LIFT STAY
AND ORDER RESPONDENT TO SHOW CAUSE**

        The petitioner, Agustín Aguayo, moves this Court to lift the stay it imposed on October 20, 2005, and to order the respondent to show cause why the Court should not grant the contemporaneously-filed amended petition for writ of habeas corpus.  In support of this motion, undersigned counsel state:

        1.    On August 5, 2005, Agustín Aguayo petitioned this Court for a Writ of Habeas Corpus challenging military custody on the grounds that his application for discharge as a conscientious objector had been wrongfully denied.

        2.    Following the issuance of this Court's August 15, 2005, Order to Show Cause, the parties filed a joint motion to stay the proceedings because the Army had withdrawn its decision denying Mr. Aguayo's application for discharge, and had agreed to consider Mr. Aguayo's rebuttal for a *de novo* review.

        3.    That joint motion provided that, "If the consideration does not resolve the issue, however, plaintiff may file an amended complaint relating to whatever the agency decides on reconsideration or take other appropriate action."  Motion ¶ 4.

4.  This Court granted that joint motion on October 20, 2005, and stayed the case until further order of the Court.

5.  On March 6, 2006, counsel for the respondent sent undersigned counsel an e-mail which had as an attachment the Army's January 30, 2006, denial of Mr. Aguayo's application for discharge. This was petitioner's first notice of the January 30 decision.

6.  Because the Army's denial is in violation of its own regulations, lacks any stated reason, and is not supported by a basis in fact, the petitioner has prepared an amended petition which he filing contemporaneously with this motion.

WHEREFORE, for the foregoing reasons, this Court should lift its stay of further proceedings and order the respondent to show cause why the requested relief should not be granted.

March 13, 2006                          Respectfully submitted,

                                                      /s/
                            By:  JAMES H. FELDMAN, JR. (PA Bar # 36345)
LOCAL COUNSEL:         LAW OFFICE OF PETER GOLDBERGER
                                      50 Rittenhouse Place
                                      Ardmore, PA  19003
   /s /                         610-649-8200
JAMES R. KLIMASKI            610-649-8362  (Fax)
(DC Bar No. 243543)            Email:  AELaw2@aol.com
KLIMASKI & ASSOCIATES, P.C.
1819 L Street, NW
Suite 700
Washington, D.C. 20036-3830
202-296-5600
klimaski@klimaskilaw.com

                                      *Attorneys for the Petitioner*