UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUGUSTINE AGUAYO,                         )
                                          )
        Petitioner,                       )
                                          )
        v.                                )      No. 05-1580 (EGS)
                                          )
DR. FRANCIS J. HARVEY,                    )
Secretary of the Army,                    )
                                          )
        Respondent.                       )
_____ )

**JOINT MOTION TO ESTABLISH A BRIEFING SCHEDULE**

Petitioner, Augustin Aguayo, and Respondent, Secretary of the Army, through counsel move this Court pursuant to 28 U.S.C. § 2243 to establish the following briefing schedule in this Writ of Habeas Corpus action.

Petitioner filed a petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus on August 5, 2005, alleging that the Army improperly denied his application for discharge as a conscientious objector. After reviewing the Petition, the respondent agreed to reconsider petitioner's application because the Department of the Army's Conscientious Objector Review Board did not have the petitioner's rebuttal when it denied petitioner's application. Based on this reconsideration the parties jointly moved for a stay of the case. That joint motion provided that, "If the reconsideration does not resolve the issue, however, plaintiff may file an amended complaint relating to whatever the agency decides on reconsideration or take other appropriate action." Motion ¶ 4. On October 20, 2005 the Court granted the motion and ordered the case stayed until further action of the Court.

1

The Army has reconsidered petitioner's application and has again denied it. On March 13, 2006, petitioner filed a Motion to Lift the Stay and Order Respondent to Show Cause, and an Amended Petition for Writ of Habeas Corpus. Subsequent to these filings, counsel for petitioner and respondent conferred to devise a mutually agreeable schedule. Petitioner and respondent request that the Court order the following briefing schedule:

Respondent's initial response to the Amended Petition is due no later than April 19, 2006.

Petitioner's traverse is due fourteen days from the date of service of the respondent's response.

Respondent's reply memorandum is due seven days from the date of service of the petitioner's traverse.

Respectfully submitted,

| | |
|---|---|
| s/James H. Feldman, Jr. | s/Kenneth L. Wainstein |
| JAMES H. FELDMAN, JR. | KENNETH L. WAINSTEIN, D.C. Bar # 451058 |
| PETER GOLDBERGER | United States Attorney |
| 50 Rittenhouse Place | |
| Ardmore, PA 19003 | |
| (610) 649-8200 | s/Rudolph Contreras |
| | RUDOLPH CONTRERAS, D.C. Bar No. 434122 |
| | Assistant United States Attorney |
| s/James R. Klimaksi | |
| JAMES R. KLIMASKI | |
| KLIMASKI & ASSOCIATES, PC | s/Kevin K. Robitaille |
| 1819 L Street NW | KEVIN K. ROBITAILLE |
| Suite 700 | Special Assistant United States Attorney |
| Washington, DC 20036-3830 | United States Attorney's Office |
| (202) 296-5600 | 555 4th Street, N.W., |
| Fax: (202) 296-5601 | Washington, D.C. 20530 |
| | (202) 353-9895 |
| | (202) 514-8780 facsimile |

Dated: April 7, 2006