UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUSTINE AGUAYO, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) No. 05-1580 (EGS) |
| | ) |
| DR. FRANCIS J. HARVEY, | ) |
| Secretary of the Army, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

Upon consideration of Joint Motion to Establish a Briefing Schedule, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED, pursuant to 28 U.S.C. § 2243, that the Joint motion is GRANTED, and it is further

ORDERED that respondent's initial response is due no later than April 19, 2006.

ORDERED that petitioner's traverse is due fourteen days from the date of service of the respondent's response..

ORDERED that respondent's reply memorandum is due seven days from the date of service of the petitioner's traverse.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

1

Copies to:

James H. Feldman, Jr.
LAW OFFICE OF PETER GOLDBERGER
50 Rittenhouse Place
Ardmore, PA 19003
(610) 649-8200

James R. Klimaski
KLIMASKI & ASSOCIATES, PC
1819 L Street NW, Suite 700
Washington, DC 20036-3830
(202) 296-5600
Fax: (202) 296-5601

Kevin K. Robitaille.,
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.,
Washington, D.C. 20530
(202) 353-9895
(202) 514-8780 facsimile