UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AUGUSTINE AGUAYO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 05-1580 (EGS) |
| ) | |
| DR. FRANCIS J. HARVEY, ) | |
| Secretary of the Army ) | |
| ) | |
| Respondent. ) | |
| ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant hereby advises the Court that it will file its Administrative Record in the Clerk's office in CD-ROM format.

Respectfully submitted,

_____/s_____

KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895