UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AUGUSTINE AGUAYO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 05-1580 (EGS) |
| | ) | |
| DR. FRANCIS J. HARVEY, | ) | |
| Secretary of the Army | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

### ERRATA

In filing Respondent's Opposition to Petitioner's Amended Petition for a Writ of Habeas Corpus (Docket entry 14), Respondent inadvertently failed to include exhibit B referenced in the pleading. Exhibit B is filed herewith.

Respectfully submitted,

_____/s_____

KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s_____
KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895