


**DEPARTMENT OF THE ARMY**
OFFICE OF THE DEPUTY CHIEF OF STAFF, G-1
SPECIAL REVIEW BOARDS
200 STOVALL STREET
ALEXANDRIA VA 22332-2600

REPLY TO
ATTENTION OF

DAPE-MPC-CO                                                                                      24 March 2006

MEMORANDUM FOR Commander, Department of the Army, HHC, 1-18th Infantry, 2nd Brigade, 1st Infantry Division, OIF, Camp Omaha, APO AE 09392

SUBJECT: Application of Conscientious Objector 1-0 Status – SPC Agustin M. Aguayo 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

1. The DA Conscientious Objector Review Board (DACORB) has reviewed the application of SPC Agustin M. Aguayo for Conscientious Objector Status.

2. After thorough examination of the Case Record, the DACORB determined that the applicant did not present clear and convincing evidence, IAW AR 600-43, that the applicant's stated beliefs warrant award of 1-O status. Specifically, the DACORB opined:
  - Applicant lacks the religious foundation; the underpinning that supports Conscientious Objector beliefs
  - Applicant has not provided any significant source of his beliefs; conscience or moral views that would warrant Conscientious Objector status
  - Appears that applicant held beliefs prior to entry to the Army. Although these could have crystallized after entry, it still appears that these beliefs were considerable prior to entry with no significant identification of these beliefs at entry to the Army
  - Questionable timing of the application just prior to unit deployment

3. This is not an exhaustive or all-inclusive list of reasons for the denial of this application.

4. A copy of the case record will be included in the OMPF, CMIF and MPRJ IAW AR 640-10.

BY ORDER OF THE SECRETARY OF THE ARMY:

Encls
Case Record

JAMES H. GANT, JR.
Colonel, GS
President, DA Conscientious
  Objector Review Board

Printed on   Recycled Paper