UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUSTIN AGUAYO,<br><br>Plaintiff,<br><br>v.<br><br>DR. FRANCIS J. HARVEY,<br>SECRETARY OF THE ARMY<br><br>Defendant | Civil Action No. 05-1580 |

## DECLARATION OF LIEUTENANT COLONEL JEFFREY SINCLAIR

I, Lieutenant Colonel Jeffrey Sinclair, declare and state the following:

1. I am over 18 years of age and I am a Regular Army Commissioned Officer. I am assigned to HHC, 1st Infantry Division in Wurzburg Germany. I am a Lieutenant Colonel (LTC) in the U.S. Army serving as Assistant Chief of Staff, G3 for the 1st Infantry Division. At the time of Specialist (SPC) Aguayo's application, I was the Commander of 1st Battalion, 18th Infantry, Task Force Vanguard. It was my duty to prosecute the fight to destroy or neutralize insurgent forces in my assigned Area of Responsibility and establish security for Iraqi self control. Additionally, as the Task Force Commander, I was responsible for the training, force protection, care and quality of

life for all soldiers assigned to include their family members. I have served in the military for twenty years.

2. This declaration is made on personal knowledge of factual matters known to me.

3. SPC Aguayo served under my command once I arrived to Germany in June of 2003. Shortly after my assumption of command, we were notified of our impending deployment to Operation Iraqi Freedom (OIF) II in Iraq. We began an intensive training program in the fall for a February 2004 deployment to the theater of operations. I was notified of Agustin Aguayo's request for Conscientious Objector status along with two other soldiers serving in my command during this fall training.

4. The details of SPC Aguayo's case were brought to me by his company commander CPT Todd Grissom shortly after arrival into theater. I assigned CPT Sean Foster, my adjutant, to review the case and provide recommendations upon completion of his investigation. My policy as Battalion Commander was that I would personally interview and observe any soldier who was injured in combat on a Return to Duty status or combat mental disorders to protect the soldier and his fellow unit members given the volatile situation in Iraq. This program also included the Conscientious Objector cases and cases of family distress at home.

5. I interviewed SPC Aguayo in my quarters after receiving the conclusions from the investigating officer. This first session lasted about one hour and we discussed why he came in the Army and why he now feels that he is a Conscientious Objector. My assessment of the soldier at the interview was that he is very intelligent but soft spoken. We discussed his family and the beliefs of parents. I also reviewed letters from family

DECLARATION OF LIEUTENANT COLONEL JEFFREY SINCLAIR
Page 2 of 4

members and we discussed why he did not go through this with the recruiter. At that time of the interview, he told me that he thought his military occupational specialty (MOS) would not involve the situation he is facing now. Throughout the interview he was very professional and I even shared some thoughts with him that I had about my first combat experience. I closed the session with a question to him. "If I recommend disapproval of this what would be your response?" He said he would just "soldier on" and do what he agreed to do for his country. I shook his hand and told him the chain of command would inform him of my decision.

6. The following morning I reviewed his case again. I also met with CPT Grissom and CPT Foster to discuss why they thought he was a Conscientious Objector. I considered the age and experience of both of these officers and also that this was their first time seeing the stress of combat on soldiers. I also considered my past experiences in the First Gulf War, Special Operations, Afghanistan and now the first few weeks of OIF in the center of the contested Sunni Triangle. My belief is that this soldier probably picked the wrong type of work versus being morally or ethically constrained from ground combat. I also felt his discussions about his wife and family played a big part in causing the stress he was feeling. I also considered that he was a bit older for a Specialist so my experience told me he was still searching for what he wanted to do in life. After careful consideration, I recommended disapproval of this soldier's conscientious objector application.

7. I informed SPC Aguayo of my decision within the next couple of days. I also called the brigade commander and discussed his case and the basis for my recommendation.

DECLARATION OF LIEUTENANT COLONEL JEFFREY SINCLAIR
Page 3 of 4

8. I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746. Executed on this 18th day of May 2006.

JEFFREY SINCLAIR
Lieutenant Colonel, GS
ACofS, G3
First Infantry Division

DECLARATION OF LIEUTENANT COLONEL JEFFREY SINCLAIR
Page 4 of 4