**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE DISTRICT OF COLUMBIA**

AGUSTÍN AGUAYO,                          :

        Petitioner,                    :

  v.                                  :          **No. 05-1580 (EGS)**

DR. FRANCIS J. HARVEY,                    :
Secretary of the Army,
                           :

        Respondent.

PETITIONER'S MOTION FOR LEAVE TO FILE TENDERED REBUTTAL
TO RESPONDENT'S REPLY TO PETITIONER'S TRAVERSE
TO RESPONDENT'S OPPOSITION TO PETITION  FOR A WRIT OF HABEAS CORPUS,
AND FOR A HEARING

The petitioner moves this Court for leave to file the tendered rebuttal to respondent's

reply to petitioner's traverse to respondent's opposition to petition for a writ of habeas corpus,

and for a hearing.  In support of this motion, undersigned counsel state:

1.    Agustín Aguayo has petitioned this Court under 28 U.S.C. § 2241 for a writ of

habeas corpus requiring the Army to discharge him as a conscientious objector.  After the

respondent ("Army") filed his opposition, the administrative record, Army Regulation

("AReg") 600-43, and a letter from the president of the Army's Conscientious Objector

Review Board (DACORB), the petitioner filed his traverse, to which the respondent replied

on May 18, 2006.

2.    The respondent's reply raises one issue which the petitioner did not have an

opportunity to address in his traverse, and attempts to introduce new evidence, to wit:

    a.    The respondent claims that petitioner's traverse itself contradicts the peti-

tioner's application for discharge as a conscientious objector.  Army rep. 6.

       b.   The respondent filed the affidavit of LTC Sinclair to contradict unrebutted evidence in the record.

       c.   The respondent makes new claims concerning the expertise of the DACORB which are not supported either by the record or Army regulation or other official publication.

    3.   In addition to addressing the above arguments, the tendered rebuttal also addresses the respondent's attempts to address several issues raised in the petitioner's traverse.

    4.   As the party moving for relief, the petitioner's traverse is normally the final pleading in a military conscientious objector habeas proceeding.  Since the respondent in this proceeding has been permitted to file a reply to the petitioner's traverse, the petitioner should be permitted to file the tendered rebuttal.

    5.   Because this case must be decided on an extensive administrative record, and because of the relative rarity of military conscientious objector habeas petitions, the petitioner believes that the Court may benefit from a hearing at which the parties would be permitted to argue their respective positions and to answer the Court's questions.  Should this Court decide that it has the authority to consider the respondent's supplements to the record, then the petitioner also requests an evidentiary hearing at which he would be permitted to rebut the extra-record material submitted by the respondent, as well as to present evidence concerning the merits of his conscientious objector application.  Should this Court conclude that it needs more evidence concerning the specific reasons the DACORB actually denied Mr. Aguayo's application for discharge, then the petitioner requests an evidentiary hearing on that issue as well.

- 3 -

WHEREFORE, the petitioner prays that this Court order the clerk to file the tendered

rebuttal instanter, as well as to schedule an evidentiary hearing.

Respectfully submitted,


Dated:  May 26, 2006                         s/James H. Feldman, Jr.
                                             JAMES H. FELDMAN, JR. (PA Bar # 35345)
LOCAL COUNSEL:                               PETER GOLDBERGER (PA Bar # 22364)
                                             LAW OFFICE OF PETER GOLDBERGER
s/ James R. Klimaski                         50 Rittenhouse Place
JAMES R. KLIMASKI                            Ardmore, PA  19003
(DC Bar No. 243543)
KLIMASKI & ASSOCIATES, P.C.                   (610) 649-8200
1819 L Street, NW, 7th Floor                  (610) 649-8362 (facsimile)
Washington, DC  20036-3830                     AELaw2@aol.com

  (202) 296-5600
  (202) 296-5601 (facsimile)
  Klimaski@Klimaskilaw.com


                    Attorneys for the Petitioner