**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE DISTRICT OF COLUMBIA**

AGUSTÍN AGUAYO,              :

        Petitioner,         :

      v.                 :       **No. 05-1580 (EGS)**

DR. FRANCIS J. HARVEY,      :
Secretary of the Army,

                    :

        Respondent.

ORDER GRANTNG PETITIONER'S MOTION FOR LEAVE TO FILE REBUTTAL
_____ AND FOR A HEARING _____

      Upon consideration of the petitioner's motion for leave to file a "rebuttal" to

respondent's "reply" to petitioner's traverse to respondent's opposition to petition for a writ of

habeas corpus, and for a hearing, it is

      ORDERED that the motion is GRANTED.

    1.  The Clerk shall file the petitioner's tendered rebuttal instanter.

    2.  The Court will hold a evidentiary/nonevidentiary hearing on the following issues:

_____

_____.

    3.  The hearing is set for _____o'clock __.m. on _____, 2006, in

Courtroom _____.

Dated: _____, 2006

                              _____
                              EMMET G. SULLIVAN
                              UNITED STATES DISTRICT JUDGE