UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUSTÍN AGUAYO, | : |
| Petitioner, | : |
| v. | :     No. 05-1580 (EGS) |
| DR. FRANCIS J. HARVEY,<br>Secretary of the Army, | : |
| | : |
| Respondent. | |

PETITIONER'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. §§ 1651, 2243, Fed.R.Civ.P. 65 (a), and 81(a)(2), the Petitioner, Agustín Aguayo, moves this Court for preliminary injunction enjoining the Army during the pendency of this case from deploying the Petitioner to Iraq, Kuwait, Afghanistan, or any other place where he would be required to provide support for combat operations .

In support of this motion, Petitioner states that:

1.   Mr. Aguayo has pending before this Court a petition for a Writ of Habeas Corpus challenging military custody on the grounds that respondent provided no lawful reason for denying his application for discharge as a conscientious objector, and that there is no lawful basis in fact in the record to support the Army's denial of the discharge application.

2.   Mr. Aguayo has been ordered to deploy to Iraq on August 28, 2006, where he will be required to provide support to combat operations

3.   Unless the Army is enjoined from deploying the petitioner, Mr. Aguayo will suffer irreparable harm either by being forced to perform military

duties which violate his most deeply held beliefs, or by being court-martialed and facing imprisonment for disobeying orders which require him to violate his most deeply-held beliefs.

    4.   There is no manifest danger of substantial harm to the Army if during the pendency of this case Mr. Aguayo continues to remain in Germany, performing duties which minimally conflict with his conscientious objector beliefs.

    5.   The public interest would be served by the injunction; and

    6.   The petitioner will likely succeed on the merits of his pending habeas corpus petition.

    7.   On August 11, 2006, undersigned counsel James H. Feldman, Jr., Esq., telephoned counsel for the respondent, Kevin K. Robitaille, Esq, on two occasions in attempts to ascertain the respondent's position with respect to this motion. On each occasion, Mr. Feldman reached only Mr. Robitaille's voice mail. Mr. Feldman left detailed messages which explained that petitioner would be filing this motion for a preliminary injunction, and asked Mr. Robitalle to telephone Mr. Feldman to let him know the respondent's position. Because Mr. Robitalle has not yet returned these calls, counsel is unable to report the respondent's position to the Court at this time.

    WHEREFORE, Petitioner prays that this Court, after a hearing on the Petitioner's motion for a preliminary injunction, enjoin the Respondent during the pendency of this case from deploying the Petitioner to Iraq, Kuwait,

- 3 -

Afghanistan, or any other place where he would be required to provide support for combat operations.

                                    Respectfully submitted,

Dated: August 11, 2006         *s/James H. Feldman, Jr.*
                                    JAMES H. FELDMAN, JR. (PA Bar # 36345)
LOCAL COUNSEL:           PETER GOLDBERGER (PA Bar #22364)
                                    LAW OFFICE OF PETER GOLDBERGER
*s/ James R. Klimaski*            50 Rittenhouse Place
JAMES R. KLIMASKI           Ardmore, PA  19003
(DC Bar No. 243543)
KLIMASKI & ASSOCIATES, P.C.   (610) 649-8200
1819 L Street, NW, 7th Floor     (610) 649-8362 (facsimile)
Washington, DC  20036-3830    AELaw2@aol.com

  (202) 296-5600
  (202) 296-5601 (facsimile)
  Klimaski@Klimaskilaw.com

Attorneys for the Petitioner