UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

AGUSTÍN AGUAYO,                          :

              Petitioner,        :

    v.                                  :        No. 05-1580 (EGS)

DR. FRANCIS J. HARVEY,                   :
Secretary of the Army,
                        :
              Respondent.

ORDER GRANTING
PETITIONER'S MOTION FOR A PRELIMINARY INJUNCTION

Upon consideration of the petitioner's motion for a preliminary injunction and the

respondent's opposition, it is

ORDERED that the motion is GRANTED.

The Respondent is enjoined during the pendency of this case from deploying

the Petitioner to Iraq, Kuwait, Afghanistan, or any other place where he would

be required to provide support for combat operations.


Dated: August __, 2006


                               _____
                               EMMET G. SULLIVAN
                               UNITED STATES DISTRICT JUDGE