UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUSTÍN AGUAYO<br><br>Petitioner,<br><br>v.<br><br>DR. FRANCIS J. HARVEY<br>Secretary of the Army<br><br>Respondent. | Civil Action No. 05-1580 (RCL) |

### CERTIFICATE OF COUNSEL AND REQUEST FOR IMMEDIATE HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

Counsel for Petitioner Augustín Aguayo states that Respondent's counsel, Kevin K. Robitaille, was notified by telephone at 8:35 AM this morning, August 24, 2006, that a Motion for Temporary Restraining Order would be filed today.

Petitioner's counsel requests an immediate hearing on this motion as Petitioner has been told he will be charged with violations of the Uniform Code of Military Justice tomorrow for maintaining the deeply held beliefs which form the basis for his conscientious objection.

                                        Respectfully submitted,

August 24, 2006                          s/ James H. Feldman, Jr.

                                        JAMES H. FELDMAN, JR. (PA Bar # 36345)
LOCAL COUNSEL:                          LAW OFFICE OF PETER
GOLDBERGER
                                        50 Rittenhouse Place
s/ James R. Klimaski                    Ardmore, PA  19003
JAMES R. KLIMASKI                       (610) 649-8200
(DC Bar No. 243543)                       (610) 649-8362 (Fax)
KLIMASKI & ASSOCIATES, P.C.             AELaw2@aol.com
1819 L Street, NW – Suite 700
Washington, D.C. 20036-3830
(202) 296-5600, (202) 296-5601 (Fax) *Attorneys for the Petitioner*

Klimaski@Klimaskilaw.com