UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUSTIN AGUAYO, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    Civil Action No. 05-1580 (RCL) |
| | ) |
| FRANCIS J. HARVEY, | ) |
| Secretary of the Army | ) |
| | ) |
|     Respondent. | ) |

**ORDER**

Upon consideration of petitioner's amended petition for writ of habeas corpus [10], the applicable law, and the entire record herein, it is hereby

ORDERED that petitioner's amended petition for writ of habeas corpus is DENIED and this case shall stand DISMISSED with PREJUDICE. It is further

ORDERED that petitioner's motion [18] for leave to file a "rebuttal" to respondent's "reply" to petitioner's traverse to respondent's opposition to petition for a writ of habeas corpus is GRANTED. It is further

ORDERED that petitioner's motions [22] for preliminary injunction and temporary restraining order [24] are DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 24, 2006.