UNITED STATES DISTRICT COURT
DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUSTíN AGUAYO, | : |
|     Petitioner, | : |
| | : |
| v. | :   **No. 05-CV-1580 (RCL)** |
| | : |
| DR. FRANCIS J. HARVEY, Secretary of the Army, | : |
|     Respondent. | : |

NOTICE OF APPEAL

    The petitioner, Agustín Aguayo, appeals to the United States Court of Appeals for the District of Columbia Circuit from the final Order (Dkt. #26) of this Court (Lamberth, J.) filed and entered on August 24, 2006, denying the petition under 28 U.S.C. § 2241 for a writ of habeas corpus and dismissing this case with prejudice.

Dated: August 24, 2006

Respectfully submitted,

Of Counsel:
JAMES H. FELDMAN, JR.
  (PA Bar # 36345)
PETER GOLDBERGER
  (PA Bar #22364)
50 Rittenhouse Place
Ardmore, PA  19003

  (610) 649-8200

*s/ James R. Klimaski*
JAMES R. KLIMASKI
  (DC Bar No. 243543)
KLIMASKI & ASSOCIATES, P.C.
1819 L Street, NW, 7th Floor
Washington, DC  20036-3830

  (202) 296-5600
  (202) 296-5601 (facsimile)
  Klimaski@Klimaskilaw.com

Attorneys for the Petitioner